| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| MICHAEL KANTOR, et. al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>BIG TIP, INC., et. al.,<br><br>               Defendants. | CASE NO. 15-1871MJP<br><br>ORDER GRANTING THE STIPULATED DISMISSAL OF DEFENDANT GEORGE BREMER FROM THE ACTION, WITH PREJUDICE |

Plaintiffs Michael Kantor, SLM Holdings Limited, LLC, 3 Wise Ventures, Inc., and Cabbage Tree Investments, LLC, by their counsel Paul W. Chandler and Chandler Law Firm and Andrew Escobar and Jeffrey B. DeGroot and DLA Piper LLP, and Defendants Big Tip, Inc., by its counsel Andrew N. Sachs and Ogden Murphy Wallace PLLC; WhoToo, Inc., by its counsel Andrew N. Sachs and Ogden Murphy Wallace PLLC and Anne Cohen and Thenell Law Group; Demandbase, Inc., by its counsel Andrew N. Sachs and Ogden Murphy Wallace PLLC; George Bremer, by his counsel, Patricia A. Eakes, Damon Clay Elder and Calfo Eakes & Ostrovsky, PLLC and David J. Miclean and Carmen M. Aviles and Miclean Gleason LLP; and Matt

1 | Rowlen, by his counsel Andrew N. Sachs and Ogden Murphy Wallace PLLC, and Anne Cohen

2 | and Thenell Law Group, hereby stipulate per Rule 41(a)(1)(A)(ii) to dismissal of Defendant

3 | George Bremer from this action with prejudice. As between each other, Plaintiffs and George

4 | Bremer are to bear their own fees and costs. IT IS SO ORDERED.

5 |     Dated September 6, 2017.

Marsha J. Pechman
United States District Judge