# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL KANTOR, an individual; SLM HOLDINGS LIMITED, LLC, a Nevada limited liability company; 3WISE VENTURES, INC., a Delaware corporation; and CABBAGE TREE INVESTMENTS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BIG TIP, INC., a Washington corporation; WHOTOO, INC., a Washington corporation; DEMANDBASE, INC., a California corporation; GEORGE BREMER, an individual; MATT ROWLEN, an individual; and DOES 1 to 20,<br><br>Defendants. | NO. 2:15-cv-01871-MJP<br><br>STIPULATED MOTION FOR ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT DEMANDBASE, INC.<br><br>NOTE ON MOTION CALENDAR:<br><br>NOVEMBER 3, 2017 |

## I. STIPULATION

PLEASE TAKE NOTICE that Andrew Sachs of Ogden Murphy Wallace, PLLC, hereby withdraws as counsel for defendant Demandbase, Inc., and that Benjamin I. VandenBerghe and Nathaniel H. Somers of Montgomery Purdue Blankinship & Austin PLLC hereby substitute and appear as the attorney of record for Demandbase, Inc., a defendant in the above-captioned case, effective as of the date ordered by this

Court. All further pleadings, except original service of process, should be served on substituting counsel in accordance with the Court's rules for electronic filing and service.

This stipulated motion and proposed order has been served on the client and all counsel pursuant to LCR 83.2(b)(1).

STIPULATED AND AGREED TO this 18th day of October, 2017.

| *Substituting Counsel:* | *Withdrawing Counsel:* |
|---|---|
| MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC | OGDEN MURPHY WALLACE, PLLC |

/s/ *Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe, WSBA #35477
Nathaniel H. Somers, WSBA #46554
701 Fifth Ave., Suite 5500
Seattle, WA 98104
Phone: 206-682-7090
Fax: 206-625-9534
Email: biv@mpba.com
Email: nsomer@mpba.com
*Substituting Attorneys for Defendant Demandbase, Inc.*

/s/ *Andrew Sachs*
Andrew Sachs, WSBA #38454
901 5th Ave., Suite 3500
Seattle, WA 98164
Phone: 206-447-7000
Fax: 206-447-0215
Email: asachs@omwlaw.com
*Withdrawing Attorney for Defendant Demandbase, Inc.*

STIPULATED MOTION FOR ORDER
GRANTING LEAVE FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEF.
DEMANDBASE, INC.
(2:15-cv-01871-RAJ) - 2

## II. ORDER

**IT IS SO ORDERED.**

Dated this 20th day of October, 2017.

_[signature]_
Marsha J. Pechman
United States District Judge

*Presented by:*

MONTGOMERY PURDUE BLANKINSHIP
& AUSTIN PLLC


By: /s/ *Benjamin I. VandenBerghe*
 Benjamin I. VandenBerghe, WSBA #35477
 Nathaniel H. Somers, WSBA #46554
 701 Fifth Ave., Suite 5500
 Seattle, WA 98104
 Phone: 206-682-7090
 Fax: 206-625-9534
 Email: biv@mpba.com
    Email: nsomers@mpba.com
    *Substituting Attorneys for Defendant Demandbase, Inc.*

STIPULATED MOTION FOR ORDER
GRANTING LEAVE FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEF.
DEMANDBASE, INC.
(2:15-cv-01871-RAJ) - 3

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 18th day of October, 2017, at Seattle, Washington.

s/ *Nathaniel H. Somers*
Nathaniel H. Somers, WSBA No. 46554