HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KANTOR, an individual; SLM HOLDINGS LIMITED, LLC, a Nevada limited liability company; 3WISE VENTURES, INC., a Delaware corporation; and CABBAGE TREE INVESTMENTS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BIGTIP, INC., a Washington corporation; WHOTOO, INC., a Washington corporation; DEMANDBASE, INC., a California corporation; GEORGE BREMER, an individual; MATT ROWLEN, an individual; and DOES 1 to 20,<br><br>Defendants. | NO. 2:15-cv-01871-MJP<br><br>STIPULATED MOTION FOR ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS BIGTIP, INC. AND MATT ROWLEN<br><br>NOTE ON MOTION CALENDAR:<br><br>NOVEMBER 3, 2017 |

## I. STIPULATION

PLEASE TAKE NOTICE that Andrew Sachs of Ogden Murphy Wallace, PLLC, hereby withdraws as counsel for BigTip, Inc. and Matt Rowlen, defendants in the above-captioned case; and that Hozaifa Y. Cassubhai of Spiro Harrison hereby substitutes and appears as the attorney of record for BigTip, Inc. and Matt Rowlen, effective as of the date ordered by this Court. Anne Cohen, Esq. of Thenell Law Group will remain as attorney of record for Matt

STIPULATED MOTION FOR ORDER GRANTING
LEAVE FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANTS BIGTIP, INC. AND MATT
ROWLEN (2:15-cv-01871-RAJ) - 1

SPIRO HARRISON
500 UNION STREET, SUITE 800
SEATTLE, WA 98101
TEL 206.899.1996
FAX 973.232.0887

Rowlen, as well as for WhoToo, Inc., also a defendant in the above-captioned case. All further pleadings, except original service of process, should be served on substituting counsel in accordance with the Court's rules for electronic filing and service.

This stipulated motion and proposed order has been served on the client and all counsel pursuant to LCR 83.2(b)(1).

STIPULATED AND AGREED TO this 18th day of October, 2017.

| *Substituting Counsel:* | *Withdrawing Counsel:* |
|---|---|
| SPIRO HARRISON | OGDEN MURPHY WALLACE, PLLC |
| /s Hozaifa Y. Cassubhai<br>Hozaifa Y. Cassubhai, WSBA #39512<br>500 Union Street, Suite 800<br>Seattle, WA 98101<br>Phone: 206-899-1996<br>Fax: 973-232-0887<br>Email: hcassubhai@spiroharrison.com | /s Andrew Sachs<br>Andrew Sachs, WSBA #38454<br>901 5th Ave., Suite 3500<br>Seattle, WA 98164<br>Phone: 206-447-7000<br>Fax: 206-447-0215<br>Email: asachs@omwlaw.com |
| *Substituting Attorneys for Defendants BigTip, Inc. and Matt Rowlen* | *Withdrawing Attorneys for Defendants BigTip, Inc. and Matt Rowlen* |

STIPULATED MOTION FOR ORDER GRANTING
LEAVE FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANTS BIGTIP, INC. AND MATT
ROWLEN (2:15-cv-01871-RAJ) - 2

SPIRO HARRISON
500 UNION STREET, SUITE 800
SEATTLE, WA 98101
TEL 206.899.1996
FAX 973.232.0887

## II. ORDER

**IT IS SO ORDERED.**

Dated this 6th day of November, 2017.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN

*Presented by:*

SPIRO HARRISON

By: /s *Hozaifa Y. Cassubhai*
Hozaifa Y. Cassubhai, WSBA #39512
500 Union Street, Suite 800
Seattle, Washington 98101
Phone: 206.899.1996
Fax: 973.232.0887
Email: hcassubhai@spiroharrison.com

*Substituting Attorneys for*
*Defendants BigTip, Inc. and Matt Rowlen*

STIPULATED MOTION FOR ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS BIGTIP, INC. AND MATT ROWLEN (2:15-cv-01871-RAJ) - 3

SPIRO HARRISON
500 UNION STREET, SUITE 800
SEATTLE, WA 98101
TEL 206.899.1996
FAX 973.232.0887