UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KANTOR,<br><br>               Plaintiff,<br><br>   v.<br><br>BIGTIP, INC., et al.,<br><br>               Defendants. | CASE NO. C15-1871 MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulated Motion for Order Granting to Extend Discovery Deadline [*sic*](Dkt. No. 128), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated: November 17, 2017.

        *Marsha J. Pechman (signature)*
        Marsha J. Pechman
        United States District Judge

ORDER ON MOTION TO REVISE CASE SCHEDULE - 2