UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL KANTOR, et al.,

                Plaintiffs,

    v.

BIGTIP, INC., et al.,

               Defendants.

CASE NO. C15-1871 MJP

ORDER ON MOTION TO AMEND CASE SCHEDULE

The Court has received and reviewed

1. Plaintiffs' Motion to Amend the Case Schedule (Dkt. No. 130);
2. Defendants' Response to Plaintiffs' Motion to Amend the Case Schedule (Dkt. No. 132);
3. Plaintiffs' Reply in Support of Motion to Amend the Case Schedule (Dkt. No. 136);

all attached exhibits and declarations; and relevant portions of the record, and rules as follows:

1    IT IS ORDERED that the request to amend the case schedule to allow completion of four
2 previously scheduled depositions is GRANTED; the parties have 30 days from the date of this
3 order to schedule and complete those depositions.
4    IT IS FURTHER ORDERED that the request to amend the case schedule to permit 90
5 days of "supplemental discovery" is DENIED.
6    IT IS FURTHER ORDERED that the request to correct the clerical error that set the date
7 for the disclosure of expert reports for a date prior to the issuance date of the scheduling order is
8 DENIED. The date for disclosure should have been set sometime in October of 2017, but the
9 parties have waited too long to correct the oversight.

12    The clerk is ordered to provide copies of this order to all counsel.
13    Dated: December 19, 2017.

Marsha J. Pechman
United States District Judge