1

JUDGE MARSHA J. PECHMAN

2

3

4

5

6

7
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9  | MICHAEL KANTOR, an individual; SLM | NO. 2:15-cv-01871-MJP

10 HOLDINGS LIMITED, LLC, a Nevada
limited liability company; 3WISE | DEFENDANTS' MOTION FOR LEAVE
VENTURES, INC., a Delaware | TO FILE JOINT MOTION FOR

11 corporation; and CABBAGE TREE | JUDGMENT ON THE PLEADINGS
INVESTMENTS, LLC, a Washington

12 limited liability company,

13 Plaintiffs, | NOTE ON MOTION CALENDAR:

14 v. | DECEMBER 18, 2017
(Same Day Motion)

15 BIG TIP, INC., a Washington corporation;
WHOTOO, INC., a Washington

16 corporation; DEMANDBASE, INC., a
California corporation; GEORGE

17 BREMER, an individual; MATT
ROWLEN, an individual; and DOES 1 to

18 20,

19 Defendants.

20
    Defendants Demandbase, Inc. ("Demandbase"), WhoToo Inc. ("WhoToo"),

21
BigTip, Inc. ("BigTip") and Matt Rowlen ("Rowlen") (collectively, "Defendants")

22
respectfully request leave of court to hear their joint Motion for Judgment on the

23
Pleadings.   Defendants bring this motion in an abundance of caution under

24
LCR 7(e)(3), which states, "[a]bsent leave of court, a party must not file

25

26
DEFENDANTS' MOTION FOR
LEAVE TO FILE JOINT MOTION
FOR JUDGMENT ON THE
PLEADINGS
(2:15-cv-01871-MJP)
MPBA{19800/002.003/01540782-1}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1     contemporaneous dispositive motions, each one directed toward a discrete issue or

2     claim." Defendants will file a Joint Motion for Judgment on the Pleadings seeking

3     dismissal of portions of the Second Amended Complaint, as this request for relief

4     was common to all Defendants. However, because Defendants have differing

5     defenses and counterclaims, Defendants will also file separate motions for summary

6     judgment. Rather than each of the Defendants including a Motion for Judgment on

7     the Pleadings within their respective dispositive motions—which would have created

8     duplicative and unnecessary filings with the Court—Defendants request relief to file

9     one joint motion to preserve judicial economy.

10     DATED this 18th day of December, 2017.

11     MONTGOMERY PURDUE BLANKINSHIP    SPIRO HARRISON
      & AUSTIN PLLC

12

13     By: _s/ Benjamin I. VandenBerghe_      By: _s/ Hozaifa Cassubhai_
      Benjamin I. VandenBerghe              Hozaifa Cassubhai

14     WA State Bar No. 35477                  WA State Bar No. 39512
      Nathaniel H. Somers,                   500 Union St., Suite 800

15     WA State Bar No. 46554                  Seattle, WA 98101
      701 Fifth Ave., Suite 5500             Phone: 206-899-1996

16     Seattle, WA 98104                     Email:
      Phone: 206-682-7090                hcassubhai@spiroharrison.com

17     Fax: 206-625-9534                    _Attorneys for Matt Rowlen and_
      Email: biv@mpba.com                 _BigTip, Inc._

18     Email: nsomers@mpba.com
      _Attorneys for Demandbase, Inc._

19

20     THENELL LAW GROUP

21     By: _s/ Anne Cohen_
      Anne Cohen

22     WA State Bar No. 41183
      12909 SW 68th Pkwy, Suite 320

23     Portland, OR 97223
      Phone: 503-372-6450

24     Email: annec@thenelllawgroup.com
      _Attorneys for WhoToo Inc. and Matt_

25     _Rowlen_

26

DEFENDANTS' MOTION FOR
LEAVE TO FILE JOINT MOTION
FOR JUDGMENT ON THE
PLEADINGS
(2:15-cv-01871-MJP)
MPBA{19800/002.003/01540782-1}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

# I. ORDER

**IT IS SO ORDERED.**

Dated this ___13th___ day of December, 2017.

_(signature)_

The Honorable Marsha J. Pechman, United
States District Court Judge

_Presented by:_

MONTGOMERY PURDUE BLANKINSHIP
& AUSTIN PLLC


By:  _/s/ Benjamin I. VandenBerghe_
     Benjamin I. VandenBerghe
     WA State Bar No. 35477
     Nathaniel H. Somers
     WA State Bar No. 46554
     701 Fifth Ave., Suite 5500
     Seattle, WA 98104
     Phone: 206-682-7090
     Fax: 206-625-9534
     Email: biv@mpba.com
     Email: nsomers@mpba.com
     _Attorneys for Defendant Demandbase, Inc._

DEFENDANTS' MOTION FOR
LEAVE TO FILE JOINT MOTION
FOR JUDGMENT ON THE
PLEADINGS
(2:15-cv-01871-MJP)
MPBA{19800/002.003/01540782-1}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1

## DECLARATION OF SERVICE

2

3

I hereby certify that on 18th day of December, 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the following:

5

6    Andrew R. Escobar                        Paul W. Chandler
     David I. Freeburg                        Chandler Law Firm
7    DLA Piper US LLP                         6080 Center Drive Suite 600
     701 Fifth Ave., Suite 7000               Los Angeles, CA 90045
     Seattle, WA 98104                        310-242-5850
8    206-839-4828                             chandlerlaw@gmail.com
     Andrew.escobar@dlapiper.com              *Pro Hac Vice Attorney for Plaintiffs*
9    David.freeburg@dlapiper.com
     *Attorneys for Plaintiffs*

10

11   Hozaifa Y. Cassubhai                     Anne Cohen
     Spiro Harrison                           Thenell Law Group, P.C.
12   500 Union Street, Suite 800              12909 SW 68th Parkway, Suite 320
     Seattle, WA 98101                        Portland, OR 97223
     206-899-1996                             503-372-6450
13   Email: hcassubhai@spiroharrison.com      annec@thenelllawgroup.com
     *Attorney for BigTip, Inc. and Matt Rowlen*   *Attorney for Defendant Whotoo, Inc.*
14                                            *and Matt Rowlen*

15   By:     ☒ By Electronic Service – CM/ECF

16

17          DATED this 18th day of December, 2017, at Seattle, Washington.

18

19
                                    s/ Nate Somers
20                                  Nate Somers, WSBA #46554
                                    701 Fifth Ave., Suite 5500
21                                  Seattle, WA 98104
                                    Phone: 206-682-7090
22                                  Fax: 206-625-9534
                                    Email: nsomers@mpba.com
23                                  *Attorneys for Defendant*

24

25

26
DEFENDANTS'    MOTION    FOR
LEAVE TO FILE JOINT MOTION           **MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**
FOR    JUDGMENT    ON    THE                    ATTORNEYS AT LAW
PLEADINGS                                      5500 COLUMBIA CENTER
(2:15-cv-01871-MJP)                              701 FIFTH AVENUE
MPBA{19800/002.003/01540782-1}                SEATTLE, WA 98104-7096
                                                 (206) 682-7090 TEL
                                                 (206) 625-9534 FAX