UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KANTOR, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BIGTIP, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C15-1871 MJP<br><br>ORDER ON DEFENDANTS WHOTOO INC. AND MATT ROWLEN'S MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT |

The Court, having received and reviewed Defendants WhoToo Inc. and Matt Rowlen's Motion to Seal Certain Documents Filed in Support of Joint Motion for Summary Judgment (Dkt. No. 145), and noting that no briefing has been filed in opposition to the motion, rules as follows:

IT IS ORDERED that the motion is GRANTED; the following documents are ordered to be sealed:

- Exhibits 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, and 35 to the Declaration of Matthew Rowlen in support of Rowlen and WhoToo's Motions for Summary Judgment; and
- Exhibits 48, 49, 50, 57, 58, 59, 60, 61, 62, and 63 to the Declaration of Anne Cohen in support of Defendants' Motions to Dismiss and Motions for Summary Judgment.

The documents are ordered sealed on the grounds that they contain sensitive personal and business information regarding the finances, business strategy, business relationships and employment records of Defendants. Allowing public access to these documents could jeopardize ongoing business relationship held by both parties and non-parties to this matter, including Defendants Rowlen and WhoToo, Inc.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 3, 2018.

Marsha J. Pechman
United States District Judge