UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KANTOR, et al., | CASE NO. C15-1871 MJP |
| Plaintiffs, | MINUTE ORDER RE: PLAINTIFFS' MOTION TO AMEND THE CASE SCHEDULE |
| v. | |
| BIGTIP, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Plaintiffs' Motion to Amend the Case Schedule (Dkt. No. 157), Defendants' Response (Dkt. No. 159), Plaintiffs' Reply (Dkt. No. 160), and all attached exhibits and declarations. The Court rules as follows:

The motion IS PARTIALLY GRANTED. The deadline for Plaintiffs' responses to Defendants' dispositive motions will be extended to **January 24, 2018.** Plaintiffs' reply briefing will be due on **January 29, 2018** (which will also be the date to which the motions are re-noted).

MINUTE ORDER RE: PLAINTIFFS' MOTION TO AMEND THE CASE SCHEDULE - 1

Any further extensions of the dispositive motions briefing schedule would represent an unacceptable infringement on the Court's time to read and rule on those motions and will not be entertained.

The clerk is ordered to provide copies of this order to all counsel.

Filed: January 5, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
