# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MICHAEL KANTOR, et al., | CASE NO. C15-1871 MJP |
|---|---|
| Plaintiffs, | MINUTE ORDER: MOTIONS TO FILE OVERLENGTH BRIEFS |
| v. | |
| BIGTIP, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Currently pending before the Court are two motions by Defendants to file overlength reply briefs. (*See* Dkt. Nos. 191 and 192.) The motions are DENIED. Defendants must file reply briefs in conformity with the length requirements of the Local Rules by **February 2, 2017 at 12 noon.**

MINUTE ORDER: MOTIONS TO FILE OVERLENGTH BRIEFS - 1

| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed January 30, 2018. |

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk