UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL KANTOR, an individual; SLM HOLDINGS LIMITED, LLC, a Nevada Limited Liability Company; 3 WISE VENTURES, INC., a Delaware corporation; CABBAGE TREE INVESTMENTS, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>BIGTIP, INC., a Washington corporation; WHOTOO INC., a Washington corporation; DEMANDBASE, INC., a California corporation; GEORGE BREMER, an individual; MATT ROWLEN, an individual; and DOES 1 TO 20, <br><br>Defendants. | Case No. 2:15-cv-01871-MJP <br><br>**STIPULATION AND ORDER OF DISMISSAL OF BIGTIP, INC.'S COUNTERCLAIMS AGAINST SLM HOLDINGS LIMITED, LLC AND MICHAEL KANTOR** <br><br>**NOTE ON MOTION CALENDAR: April 3, 2018** |

## I. STIPULATION

Defendant BigTip, Inc., by its counsel of record Hozaifa Cassubhai of the Spiro Harrison law firm; Defendant WhoToo, Inc., by its counsel of record Anne Cohen of the Thenell Law Group; Defendant Demandbase, Inc., by its counsel of record Ben VandenBerghe and Nate Somers of Montgomery Purdue Blankinship & Austin PLLC; Defendant Matt Rowlen, by his counsel of record Hozaifa Cassubhai of Spiro Harrison law firm and Anne Cohen of the Thennell Law Group; and Plaintiffs, by their counsel of record Andrew Escobar and David

Freeburg of DLA Piper LLP, hereby stipulate per Rule 41(a)(1)(A)(ii) to dismissal of all of BigTip's counterclaims against SLM Holdings Limited, LLC and Michael Kantor, with prejudice. As to BigTip's counterclaims, each side is to bear their own fees and costs.

Respectfully submitted April 3, 2018.

| SPIRO HARRISON | MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC |
|---|---|
| *s/ Hozaifa Y. Cassubhai*<br>Hozaifa Y. Cassubhai, WSBA #39512<br>500 Union Street, Suite 800<br>Seattle, WA 98101<br>Telephone: (206) 899-1996<br>hcassubhai@spiroharrison.com<br><br>*Attorney for Defendants BigTip, Inc. and Matt Rowlen* | *s/ Nate Somers*<br>Ben VandenBerghe, WSBA #35477<br>Nate Somers, WSBA #46554<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104<br>Telephone: (206) 682-7090<br>biv@mpba.com<br>nsomers@mpba.com<br><br>*Attorneys for Demandbase, Inc.* |
| THENELL LAW GROUP | DLA PIPER LLP (US) |
| *s/ Anne Cohen*<br>Anne Cohen, WSBA #41183<br>12909 S.W. 68th Parkway, Suite 320<br>Portland, Oregon 97223<br>Telephone: 503.372.6450<br>annec@thenelllawgroup.com<br><br>*Attorney for Defendants WhoToo, Inc. and Matt Rowlen* | *s/ David Freeburg*<br>Andrew R. Escobar, WSBA #42793<br>David I. Freeburg, WSBA #48935<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104-7044<br>Tel: 206.839.4800<br>andrew.escobar@dlapiper.com<br>david.freeburg@dlapiper.com<br><br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED this _3rd_ day of April 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

# DECLARATION OF SERVICE

I hereby certify that on 3rd day of April, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 3rd day of April, 2018

.

s/ Hozaifa Y. Cassubhai<br>
Hozaifa Y. Cassubhai, WSBA #39512

*Attorney for BigTip, Inc. and Matt Rowlen*