THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL KANTOR, an individual; SLM
HOLDINGS LIMITED, LLC, a Nevada
limited liability company; 3 WISE
VENTURES, INC., a Delaware corporation;
and CABBAGE TREE INVESTMENTS,
LLC, a Washington limited liability company,

                Plaintiffs,

       v.

BIGTIP, INC., a Washington corporation;
WHOTOO, INC., a Washington corporation;
DEMANDBASE, INC., a California
corporation; GEORGE BREMER, an
individual; MATT ROWLEN, an individual;
and DOES 1 to 20,

                Defendants.

Case No. 2:15-cv-01871-MJP

**NOTICE OF SETTLEMENT**

      Plaintiffs Michael Kantor, SLM Holdings Limited, LLC, 3 Wise Ventures, Inc., and Cabbage Tree Investments, LLC and defendants Matt Rowlen, BigTip, Inc., and WhoToo, Inc. submit this notice to inform the Court that they have reached an agreement to settle this litigation.  The parties respectfully request that the Court vacate the trial date set for April 16, 2018.  The parties intend to file a notice of dismissal within seven days after the parties fulfill conditions set forth in the settlement agreement, which they expect to occur within 30 days of this notice.

NOTICE OF SETTLEMENT - 1
Case No. 2:15-cv-01871-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

Respectfully submitted this 16th day of April, 2018.

2

DLA PIPER LLP (US)

3

4

_s/ David I. Freeburg_
David I. Freeburg, WSBA No. 48935
701 Fifth Avenue, Suite 7000

5

Seattle, Washington  98104-7044
Tel:    206.839.4800

6

Fax:    206.839.4801
E-mail:  david.freeburg@dlapiper.com

7

8

_Attorney for Plaintiffs_

9

_s/ Anne Cohen_
Anne Cohen, WSBA No. 41183

10

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290

11

Portland, OR  87223
Tel:    503.372.6450

12

E-mail:  annec@thenelllawgroup.com

13

_Attorneys for Defendants WhoToo, Inc. and Matthew Rowlen_

14

15

_s/ Hozaifa Cassubhai_
Hozaifa Y. Cassubhai, WSBA No. 39512

16

SPIRO HARRISON LAW FIRM
500 Union Street, Suite 800

17

Seattle, WA  98101
Fax:    973.232.0887

18

E-mail:  hcassubhai@spiroharrison.com

19

_Attorneys for Defendants Big Tip, Inc. and Matthew Rowlen_

20

21

22

23

24

25

26

1

## <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on April 16, 2018, I filed the foregoing document with the Clerk of

3  the Court using the CM/ECF system, which will send notification of such filing to all counsel

4  of record.

5       DATED this 16th day of April, 2018.

6

7                          *s/ David Freeburg*

8                          David I. Freeburg, WSBA No. 48935

WEST\281151507.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT - 3
Case No. 2:15-cv-01871-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800